146 A.3d 474

**MONUMENT REALTY**

v.

**NEAL**

**No. 228, Sept.Term, 2016**

Court of Appeals of Maryland.

September 29, 2016

Opinion of the Court of Special Appeals unreported (No. 266, Sept. Term, 2014).

Petition for writ of certiorari denied.

■

146 A.3d 475

**NORMAN**

v.

**CHICAGO TITLE INS. CO.**

**No. 259, Sept. Term, 2016**

Court of Appeals of Maryland.

September 29, 2016

(No. 10-C-15-002967, Circuit Court for Frederick County).

Petition for writ of certiorari denied.